443 A.2d 402

Commonwealth v. Harris, Appellant.

Submitted September 11, 1980. Robert Lee Moore, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

443 A.2d 403

Commonwealth v. Hazeltine, Appellant.

Submitted February 3, 1981. Albert J. Flora, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.